# Exhibit 4

# U.S. Patent No. 8,244,582 ("'582 Patent")

Facebook's advertising platform, such as Facebook Audience Network, and all configurations thereof infringe at least Claim 1 of the '582 Patent.

| Claim 1 | Facebook's advertising platform |
|---|---|
| 1[pre]. An automated method of collecting profiles of Internet-using entities, the method comprising: | To the extent the preamble is limiting, Facebook's advertising platform performs an automated method of collecting profiles of Internet-using entities.<br><br>*See, e.g.*, evidence and analysis for claim limitations (a)-(e) below.<br><br>**What kinds of information do we collect?**<br><br>To provide the Facebook Products, we must process information about you. The types of information we collect depend on how you use our Products. You can learn how to access and delete information we collect by visiting the Facebook Settings and Instagram Settings.<br><br>https://www.facebook.com/privacy/explanation<br><br>Cookies are small pieces of text used to store information on web browsers. Cookies are used to store and receive identifiers and other information on computers, phones and other devices. Other technologies, including data we store on your web browser or device, identifiers associated with your device, and other software, are used for similar purposes. In this policy, we refer to all of these technologies as "cookies."<br><br>*See* https://www.facebook.com/policies/cookies/ |

| | |
|---|---|
| | We use cookies if you have a Facebook account, use the Facebook Products, including our website and apps, or visit other websites and apps that use the Facebook Products (including the Like button or other Facebook Technologies). Cookies enable Facebook to offer the Facebook Products to you and to understand the information we receive about you, including information about your use of other websites and apps, whether or not you are registered or logged in.<br><br>See https://www.facebook.com/policies/cookies/ |
| (a) electronically receiving at a programmed computer system coupled to a global computer network, from at least one server controlled by one of a plurality of unaffiliated third parties operating respective websites, a partial profile of an entity that uses a user computer coupled to the global computer network and accessing the website, which partial profile contains at least one profile attribute related to the entity, and automatically with the computer system storing the received partial profile; | Facebook's advertising platform electronically receives at a programmed computer system coupled to a global computer network, from at least one server controlled by one of a plurality of unaffiliated third parties operating respective websites, a partial profile of an entity that uses a user computer coupled to the global computer network and accessing the website, which partial profile contains at least one profile attribute related to the entity, and automatically with the computer system storing the received partial profile.<br><br>For example, servers controlled by Facebook electronically receive from at least one unaffiliated third party a partial profile of a user of a computer that accesses a website, and Facebook's servers automatically store that partial profile data.<br><br>See, e.g.: |

> **Information from partners.**
> Advertisers, app developers, and publishers can send us information through Facebook Business Tools they use, including our social plug-ins (such as the Like button), Facebook Login, our APIs and SDKs, or the Facebook pixel. These partners provide information about your activities off Facebook—including information about your device, websites you visit, purchases you make, the ads you see, and how you use their services—whether or not you have a Facebook account or are logged into Facebook. For example, a game developer could use our API to tell us what games you play, or a business could tell us about a purchase you made in its store. We also receive information about your online and offline actions and purchases from third-party data providers who have the rights to provide us with your information.
>
> Partners receive your data when you visit or use their services or through third parties they work with. We require each of these partners to have lawful rights to collect, use and share your data before providing any data to us. Learn more about the types of partners we receive data from.

https://www.facebook.com/privacy/explanation

## What kinds of information do we collect?

To provide the Facebook Products, we must process information about you. The types of information we collect depend on how you use our Products. You can learn how to access and delete information we collect by visiting the Facebook Settings and Instagram Settings.

https://www.facebook.com/privacy/explanation

> Cookies are small pieces of text used to store information on web browsers. Cookies are used to store and receive identifiers and other information on computers, phones and other devices. Other technologies, including data we store on your web browser or device, identifiers associated with your device, and other software, are used for similar purposes. In this policy, we refer to all of these technologies as "cookies."

See https://www.facebook.com/policies/cookies/

> **Advertising, recommendations, insights and measurement**
> We use cookies to help us show ads and to make recommendations for businesses and other organisations to people who may be interested in the products, services or causes they promote.

See https://www.facebook.com/policies/cookies/

> We use cookies if you have a Facebook account, use the Facebook Products, including our website and apps, or visit other websites and apps that use the Facebook Products (including the Like button or other Facebook Technologies). Cookies enable Facebook to offer the Facebook Products to you and to understand the information we receive about you, including information about your use of other websites and apps, whether or not you are registered or logged in.
> https://www.facebook.com/policies/cookies/

| | |
|---|---|
| (b) wherein receiving the partial profile is achieved by automatic electronic URL redirection from a portion of a page of the website accessed by the user computer; | In the automated method performed by Facebook's advertising platform, the partial profile is achieved by automatic electronic URL redirection from a portion of a page of the website accessed by the user computer.<br><br>For example, Facebook's advertising platform receives a partial profile as a result of a URL redirection from a page (or portion thereof) that is accessed by the user computer.<br><br>*See, e.g.*:<br><br>> **Information from partners.**<br>> Advertisers, app developers, and publishers can send us information through Facebook Business Tools they use, including our social plug-ins (such as the Like button), Facebook Login, our APIs and SDKs, or the Facebook pixel. These partners provide information about your activities off Facebook—including information about your device, websites you visit, purchases you make, the ads you see, and how you use their services —whether or not you have a Facebook account or are logged into Facebook. For example, a game developer could use our API to tell us what games you play, or a business could tell us about a purchase you made in its store. We also receive information about your online and offline actions and purchases from third-party data providers who have the rights to provide us with your information.<br>><br>> Partners receive your data when you visit or use their services or through third parties they work with. We require each of these partners to have lawful rights to collect, use and share your data before providing any data to us. Learn more about the types of partners we receive data from.<br><br>https://www.facebook.com/privacy/explanation |

> We use cookies if you have a Facebook account, use the Facebook Products, including our website and apps, or visit other websites and apps that use the Facebook Products (including the Like button or other Facebook Technologies). Cookies enable Facebook to offer the Facebook Products to you and to understand the information we receive about you, including information about your use of other websites and apps, whether or not you are registered or logged in.

See https://www.facebook.com/policies/cookies/

> **Advertising, recommendations, insights and measurement**
> We use cookies to help us show ads and to make recommendations for businesses and other organisations to people who may be interested in the products, services or causes they promote.

See https://www.facebook.com/policies/cookies/

| | |
|---|---|
| | We may place cookies on your computer or device, and receive information stored in cookies, when you use or visit:<br><br>- The Facebook Products;<br>- Products provided by other members of the Facebook Companies; and<br>- Websites and apps provided by other companies that use the Facebook Products, including companies that incorporate the Facebook Technologies into their websites and apps. Facebook uses cookies and receives information when you visit those sites and apps, including device information and information about your activity, without any further action from you. This occurs whether or not you have a Facebook account or are logged in.<br><br>See https://www.facebook.com/policies/cookies/ |
| (c) automatically with the computer system electronically adding the received partial profile to a maintained profile believed to be related to the same entity; | Facebook's advertising platform automatically with the computer system electronically adding the received partial profile to a maintained profile believed to be related to the same entity.<br><br>For example, Facebook's advertising platform automatically adds the received partial profile to a maintained profile believed to be related to the same user of the computer.<br><br>See, e.g.: |

**Information from partners.**
Advertisers, app developers, and publishers can send us information through Facebook Business Tools they use, including our social plug-ins (such as the Like button), Facebook Login, our APIs and SDKs, or the Facebook pixel. These partners provide information about your activities off Facebook—including information about your device, websites you visit, purchases you make, the ads you see, and how you use their services—whether or not you have a Facebook account or are logged into Facebook. For example, a game developer could use our API to tell us what games you play, or a business could tell us about a purchase you made in its store. We also receive information about your online and offline actions and purchases from third-party data providers who have the rights to provide us with your information.

Partners receive your data when you visit or use their services or through third parties they work with. We require each of these partners to have lawful rights to collect, use and share your data before providing any data to us. Learn more about the types of partners we receive data from.

https://www.facebook.com/privacy/explanation/

We use cookies if you have a Facebook account, use the Facebook Products, including our website and apps, or visit other websites and apps that use the Facebook Products (including the Like button or other Facebook Technologies). Cookies enable Facebook to offer the Facebook Products to you and to understand the information we receive about you, including information about your use of other websites and apps, whether or not you are registered or logged in.

|  | *See* https://www.facebook.com/policies/cookies/<br><br>> **Advertising, recommendations, insights and measurement**<br>> We use cookies to help us show ads and to make recommendations for businesses and other organisations to people who may be interested in the products, services or causes they promote.<br><br>*See* https://www.facebook.com/policies/cookies/<br><br>We may place cookies on your computer or device, and receive information stored in cookies, when you use or visit:<br><br>- The Facebook Products;<br>- Products provided by other members of the Facebook Companies; and<br>- Websites and apps provided by other companies that use the Facebook Products, including companies that incorporate the Facebook Technologies into their websites and apps. Facebook uses cookies and receives information when you visit those sites and apps, including device information and information about your activity, without any further action from you. This occurs whether or not you have a Facebook account or are logged in.<br><br>*See* https://www.facebook.com/policies/cookies/ |
|---|---|
| (d) automatically with the computer system generating and storing an electronic record of which of the plurality | Facebook's advertising platform automatically with the computer system generating and storing an electronic record of which of the plurality of unaffiliated third parties contributed to the maintained profile particular profile attributes. |

| | |
|---|---|
| of unaffiliated third parties contributed to the maintained profile particular profile attributes; | For example, Facebook's advertising platform generates and stores an electronic record indicating which third party supplied profile attributes used to update the maintained profile.<br><br>*See, e.g.*:<br><br>**What kinds of information do we collect?**<br><br>To provide the Facebook Products, we must process information about you. The types of information we collect depend on how you use our Products. You can learn how to access and delete information we collect by visiting the Facebook Settings and Instagram Settings.<br>https://www.facebook.com/privacy/explanation<br><br>**Information from partners.**<br>Advertisers, app developers, and publishers can send us information through Facebook Business Tools they use, including our social plug-ins (such as the Like button), Facebook Login, our APIs and SDKs, or the Facebook pixel. These partners provide information about your activities off Facebook—including information about your device, websites you visit, purchases you make, the ads you see, and how you use their services —whether or not you have a Facebook account or are logged into Facebook. For example, a game developer could use our API to tell us what games you play, or a business could tell us about a purchase you made in its store. We also receive information about your online and offline actions and purchases from third-party data providers who have the rights to provide us with your information.<br><br>Partners receive your data when you visit or use their services or through third parties they work with. We require each of these partners to have lawful rights to collect, use and share your data before providing any data to us. Learn more about the types of partners we receive data from.<br>https://www.facebook.com/privacy/explanation/ |

> We use cookies if you have a Facebook account, use the Facebook Products, including our website and apps, or visit other websites and apps that use the Facebook Products (including the Like button or other Facebook Technologies). Cookies enable Facebook to offer the Facebook Products to you and to understand the information we receive about you, including information about your use of other websites and apps, whether or not you are registered or logged in.

*See* https://www.facebook.com/policies/cookies/

> **Advertising, recommendations, insights and measurement**
> We use cookies to help us show ads and to make recommendations for businesses and other organisations to people who may be interested in the products, services or causes they promote.

*See* https://www.facebook.com/policies/cookies/

| | |
|---|---|
| | We may place cookies on your computer or device, and receive information stored in cookies, when you use or visit: <br><br> • The Facebook Products; <br> • Products provided by other members of the Facebook Companies; and <br> • Websites and apps provided by other companies that use the Facebook Products, including companies that incorporate the Facebook Technologies into their websites and apps. Facebook uses cookies and receives information when you visit those sites and apps, including device information and information about your activity, without any further action from you. This occurs whether or not you have a Facebook account or are logged in. <br><br> See https://www.facebook.com/policies/cookies/ |
| (e) wherein the maintained profile, including the added partial profile, comprises data used in targeting third-party advertisements to the user computer over the global computer network. | In the automated method performed by Facebook's advertising platform, the maintained profile, including the added partial profile, comprises data used in targeting third-party advertisements to the user computer over the global computer network. <br><br> For example, the maintained profile (which includes the added partial profile information) includes data used in targeting third party advertisements to the user's computer. <br><br> See, e.g.: |

|  | - Ads and other sponsored content: We use the information we have about you-including information about your interests, actions and connections-to select and personalize ads, offers and other sponsored content that we show you. Learn more about how we select and personalize ads, and your choices over the data we use to select ads and other sponsored content for you in the Facebook Settings and Instagram Settings.<br><br>https://www.facebook.com/privacy/explanation<br><br>> **Advertising, recommendations, insights and measurement**<br>> We use cookies to help us show ads and to make recommendations for businesses and other organizations to people who may be interested in the products, services or causes they promote.<br><br>https://www.facebook.com/policies/cookies/ |
|---|---|