# Exhibit 6

## U.S. Patent No. 8,677,398 ("'398 Patent")

Facebook's advertising platform and all variations thereof infringe at least Claim 13 of the '398 Patent.

| Claim 13 | Facebook's advertising platform |
|---|---|
| 13[pre]. A method implemented using a programmed hardware computer system, the method comprising: | To the extent the preamble is limiting, Facebook's advertising platform performs a method implemented using a programmed hardware computer system.<br><br>The programmed hardware computer system includes, for example, Facebook ad servers.<br><br>*See, e.g.*, evidence and analysis for claim limitations (a)-(b) below. |
| (a) based on first electronic profile data associated with an electronic identifier of a first device, automatically causing, with the computer system, an action to be taken with respect to a second device that is indicated at the time of the action by an electronic identifier electronically associated with the first device identifier; | Based on a first electronic profile data associated with an electronic identifier of a first device, Facebook's advertising platform automatically causes, with the computer system, an action to be taken with respect to a second device that is indicated at the time of the action by an electronic identifier electronically associated with the first device identifier.<br><br>For example, Facebook's advertising platform creates and stores electronic profile data associated with an electronic identifier of a first device, such as a behavioral profile of a user that is associated with an electronic identifier of a first device (e.g., a device identifier that identifies a device such as a personal computer).<br><br>*See, e.g.*: |


https://www.facebook.com/business/ads

**How can I adjust how ads on Facebook are shown to me based on data about my activity from partners?**

Computer Help ▾    Copy Link

To show you more relevant ads, we receive and use data that advertisers and other partners provide to us about your activity on their websites and apps, as well as some of your offline interactions, such as purchases. For example, we may show you an ad for a shirt based on your visit to a clothing website.

You can control whether you see ads based on your activity off of Facebook, through **Data About Your Activity From Partners** in your Ad Preferences.

To view and adjust this setting:

1. Click ▾ in the top right of Facebook.
2. Select **Settings & Privacy**, then click **Settings**.
3. Scroll down and click **Ads** in the left menu.
4. Click **Data about your activity from partners.**
5. Select whether we can use data from our partners to show you ads.

Keep in mind, this setting controls whether we can show you personalized ads on Facebook based on data about your activity from our partners. If you turn off this setting, the ads you see may still be based on your activity on our platform. They may also be based on information from a specific business that has shared a list of individuals or devices with us, if we've matched your profile to information on that list.

This setting only applies to ads you see across your Facebook account, including on Messenger, and to ads you see on websites, apps and devices that are delivered by Facebook's advertising services. This setting does not apply to ads you see on Instagram, unless you've enabled connected experiences across your Instagram and Facebook accounts. Learn how to adjust how ads are shown to you on Instagram.

If you've enabled connected experiences across your Instagram and Facebook accounts, you can also adjust your Instagram ad experience through the **Data About Your Activity From Partners** setting.

https://www.facebook.com/help/568137493302217

| | |
|---|---|
| | **Device Information**<br>As described below, we collect information from and about the computers, phones, connected TVs and other web-connected devices you use that integrate with our Products, and we combine this information across different devices you use. For example, we use information collected about your use of our Products on your phone to better personalize the content (including ads) or features you see when you use our Products on another device, such as your laptop or tablet, or to measure whether you took an action in response to an ad we showed you on your phone on a different device.<br><br>https://www.facebook.com/about/privacy |

| | |
|---|---|
| | **Information from partners.**<br>Advertisers, app developers, and publishers can send us information through Facebook Business Tools they use, including our social plug-ins (such as the Like button), Facebook Login, our APIs and SDKs, or the Facebook pixel. These partners provide information about your activities off Facebook—including information about your device, websites you visit, purchases you make, the ads you see, and how you use their services—whether or not you have a Facebook account or are logged into Facebook. For example, a game developer could use our API to tell us what games you play, or a business could tell us about a purchase you made in its store. We also receive information about your online and offline actions and purchases from third-party data providers who have the rights to provide us with your information.<br><br>Partners receive your data when you visit or use their services or through third parties they work with. We require each of these partners to have lawful rights to collect, use and share your data before providing any data to us. Learn more about the types of partners we receive data from.<br><br>To learn more about how we use cookies in connection with Facebook Business Tools, review the Facebook Cookies Policy and Instagram Cookies Policy.<br> https://www.facebook.com/privacy/explanation# |



https://www.facebook.com/help/331509497253087

https://www.facebook.com/business/help/266118906912295?id=768381033531365

| | |
|---|---|
| | **Cookies & Other Storage Technologies**<br><br>Cookies are small pieces of text used to store information on web browsers. Cookies are used to store and receive identifiers and other information on computers, phones, and other devices. Other technologies, including data we store on your web browser or device, identifiers associated with your device, and other software, are used for similar purposes. In this policy, we refer to all of these technologies as "cookies."<br><br>**Advertising, recommendations, insights and measurement**<br>We use cookies to help us show ads and to make recommendations for businesses and other organizations to people who may be interested in the products, services or causes they promote.<br><br>Cookies help us serve and measure ads across different browsers and devices used by the same person.<br><br>Cookies also allow us to provide insights about the people who use the Facebook Products, as well as, the people who interact with the ads, websites, and apps of our advertisers and the businesses that use the Facebook Products.<br><br>https://www.facebook.com/policies/cookies/ |
| (b) wherein the electronic association between the first and second device identifiers is based on connection, before the action, of each of the first and second devices, independently of the other, to a common local area network, wherein the computer system is connected to the local | The electronic association between the first and second device identifiers is based on connection, before the action, of each of the first and second devices, independently of the other, to a common local area network, wherein the computer system is connected to the local area network through the Internet but is not in the local area network. |

| | |
|---|---|
| area network through the Internet but is not in the local area network. | For example, the electronic association between the first and second device identifiers is based on those devices' independent connection to the same local area network, as indicated, e.g., by use of the same IP address before the action is taken.<br><br>*See, e.g.*:<br><br>> **Device Information**<br>> As described below, we collect information from and about the computers, phones, connected TVs and other web-connected devices you use that integrate with our Products, and we combine this information across different devices you use. For example, we use information collected about your use of our Products on your phone to better personalize the content (including <u>ads</u>) or features you see when you use our Products on another device, such as your laptop or tablet, or to measure whether you took an action in response to an ad we showed you on your phone on a different device.<br><br>As a further example, the servers of Facebook's advertising platform are connected to the local area network through the Internet, but those servers are not in those local area network. |

|  | - **Device attributes:** information such as the operating system, hardware and software versions, battery level, signal strength, available storage space, browser type, app and file names and types, and plugins.<br><br>- **Device operations:** information about operations and behaviors performed on the device, such as whether a window is foregrounded or backgrounded, or mouse movements (which can help distinguish humans from bots).<br><br>- **Identifiers:** unique identifiers, device IDs, and other identifiers, such as from games, apps or accounts you use, and Family Device IDs (or other identifiers unique to Facebook Company Products associated with the same device or account).<br><br>- **Device signals:** Bluetooth signals, and information about nearby Wi-Fi access points, beacons, and cell towers.<br><br>- **Data from device settings:** information you allow us to receive through device settings you turn on, such as access to your GPS location, camera or photos.<br><br>- **Network and connections:** information such as the name of your mobile operator or ISP, language, time zone, mobile phone number, IP address, connection speed and, in some cases, information about other devices that are nearby or on your network, so we can do things like help you stream a video from your phone to your TV.<br><br>- **Cookie data:** data from cookies stored on your device, including cookie IDs and settings. Learn more about how we use cookies in the Facebook Cookies Policy and Instagram Cookies Policy.<br><br>https://www.facebook.com/about/privacy |